# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    YOLANDA GANT  

    Debtor(s)

Case No. 11-45366

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/08/2011.

2) The plan was confirmed on 03/30/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/30/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/09/2014, 10/17/2014, 07/27/2015, 08/26/2015.

5) The case was converted on 02/19/2016.

6) Number of months from filing to last payment: 48.

7) Number of months case was pending: 52.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $1,145.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $13,705.51 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $13,705.51

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,416.65 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $533.98 |
| Other | $7.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,957.63

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL | Secured | 10,900.00 | 10,900.00 | 10,900.00 | 8,471.52 | 1,276.36 |
| ALLY FINANCIAL | Unsecured | NA | 649.38 | 649.38 | 0.00 | 0.00 |
| ATLANTIC CREDIT & FINANCE INC | Unsecured | 1,538.00 | NA | NA | 0.00 | 0.00 |
| BACK BOWL I LLC SERIES C | Unsecured | 1,388.00 | 1,388.01 | 1,388.01 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,993.00 | 2,198.12 | 2,198.12 | 0.00 | 0.00 |
| COMCAST | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| CONSUMERS COOPERATIVE CU | Unsecured | 664.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL MEDICAL IMAGING | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 8,211.00 | 8,611.00 | 8,611.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,000.00 | 1,657.44 | 1,657.44 | 0.00 | 0.00 |
| LAKE COUNTY HEALTH DEPT | Unsecured | 522.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST EMERGENCY PHYS | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | NA | 2,958.74 | 2,958.74 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 859.00 | 874.11 | 874.11 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 2,936.00 | 2,134.70 | 2,134.70 | 0.00 | 0.00 |
| MY CASH NOW | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 89.00 | 89.39 | 89.39 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 302.00 | 427.35 | 427.35 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 279.00 | 279.27 | 279.27 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 169.67 | 169.67 | 0.00 | 0.00 |
| QC FINANCIAL SERVICES | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 440.00 | 316.96 | 316.96 | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 1,090.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|    Debt Secured by Vehicle | $10,900.00 | $8,471.52 | $1,276.36 |
|    All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,900.00** | **$8,471.52** | **$1,276.36** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$21,754.14** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,957.63 |
| Disbursements to Creditors | $9,747.88 |
| **TOTAL DISBURSEMENTS:** | **$13,705.51** |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/09/2016         By: /s/ Glenn Stearns
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**